**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   15-cv-02179-RPM

VENUS ROBINSON,

      Plaintiff,

v.

UNIVERSITY OF COLORADO, DENVER,

      Defendant.

## FINAL JUDGMENT

This matter was tried from September 11, 2017 through September 15, 2017, and September 18, 2017, before an empaneled jury of twelve, Judge Richard P. Matsch presiding.  During the presentation of the case, one juror was excused for cause, and trial proceeded with eleven jurors.

After the plaintiff rested, and hearing the arguments and statements of counsel, the Court granted defendant's oral motion for judgment as a matter of law pursuant to Fed. R. Civ. P. 50.  Accordingly, it is

ORDERED that final judgment is hereby entered in favor of defendant University of Colorado, Denver and against plaintiff Venus Robinson.  It is

FURTHER ORDERED that defendant University of Colorado, Denver shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that plaintiff's Complaint, Amended Complaint, and this civil action

are dismissed with prejudice.

DATED at Denver, Colorado, this  19th  day of September, 2017.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
      Emily Buchanan, Deputy Clerk